UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| SHEILA MARTIN, | ) | |
| Plaintiff, | ) ) ) | Civil No. 13-88-GFVT |
| V. | ) ) ) | **ORDER** |
| CAVALRY SPV I, LLC, | ) ) ) | |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court upon the Notice of Voluntary Dismissal filed by Plaintiff Sheila Martin.  [R. 23.]  Accordingly, and the Court being otherwise sufficiently advised, it is hereby **ORDERED** as follows:

1. Pursuant to the Plaintiff's Notice of Dismissal, the above-styled cause of action as concerns all claims of the Plaintiff against the Defendant is hereby **DISMISSED WITH PREJUDICE**; and

2. All claims in this matter being settled, this action is **STRICKEN FROM THE ACTIVE DOCKET**.

This 24th day of October, 2014.



Signed By:
Gregory F. Van Tatenhove
United States District Judge